LAURA L. FARLEY, ESQ.
FARLEY & GRAVES, P. C.
807 G Street, Suite 250
Anchorage, Alaska 99501
Phone: (907) 274-5100  Fax: (907) 274-5111
Email: lfarley@farleygraves.com

Attorneys for Defendant Nicholas Harvey

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CLARICE LEOTA HARDY,<br><br>                Plaintiff,<br><br>    v.<br><br>CITY OF NOME, and JOHN PAPASODORA and NICHOLAS HARVEY, in their individual capacities,<br><br>                Defendants. | Case No. 2:20-cv-00001 (HRH) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Defendant Nicholas Harvey hereby appears in the above-captioned action through the undersigned attorneys and requests that all further papers and pleadings herein, except original process, be served upon the undersigned attorneys at the address below stated.

        FARLEY & GRAVES, P. C.
        807 G Street, Suite 250
        Anchorage, AK 99501

DATED this 6 of April 2020 at Anchorage, Alaska.

FARLEY & GRAVES, P. C.

By:    s/LAURA L. FARLEY
     LAURA L. FARLEY
     807 G Street, Suite 250
     Anchorage, AK 99501
     Ph. (907) 274-5100
     Fax (907) 274-5111
     E-Mail: lfarley@farleygraves.com
     Alaska Bar No.: 9211078
     Attorneys for Defendant Nicholas Harvey

**CERTIFICATE OF SERVICE**

Pursuant to Civil Rule 5, I hereby certify that on this 6 day of April 2020 a true and correct copy of the foregoing was served electronically on the following persons:

Kendri M. M. Cesar Esq.
Sonosky, Chambers, Sachse, Miller & Monkman, LLP
302 Gold Street, Suite 201
Juneau, AK 99801

Stephen Koteff, Esq.
ACLU of Alaska Foundation
1057 West Fireweed Lane, Suite 207
Anchorage, AK 99503

Stephen L. Pevar Esq.
American Civil Liberties Union Foundation
765 Asylum Avenue
Hartford, CT 06105

Mark Carter, Esq.
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004

By: s/Laura L. Farley