Joseph W. Evans
Law Offices of Joseph W. Evans
P.O. Box 519
Bremerton, WA 98337-0124
(360) 782-2418 Phone
(360) 782-2419 Fax
E-mail: joe@jwevanslaw.com

Attorney for Defendant John Papasodora

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **CLARICE LEOTA HARDY,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **CITY OF NOME, and JOHN PAPASODORA and NICHOLAS HARVEY, in their individual capacities,** <br><br> **Defendants.** | **Case No. 2:20-cv-00001 (HRH)** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Defendant John Papasodora hereby appears in the above-captioned action through the undersigned attorney and requests that all further papers and pleadings herein, except original process, be served upon the undersigned attorney at the address below stated:

Joseph W. Evans
Law Offices of Joseph W. Evans
P.O. Box 519
Bremerton, WA 98337-0124

NOTICE OF APPEARANCE
HARDY v. PAPASODORA, et al.
Case No. 2:20-cv-00001 (HRH)

Page 1 of 2

Case 2:20-cv-00001-HRH   Document 17   Filed 04/13/20   Page 1 of 2

Dated this 13th day of April, 2020.

                                                *s/Joseph W. Evans*
                                                Joseph W. Evans, ABA #7610089
                                                Attorney for Defendants

**CERTIFICATE OF SERVICE**

Pursuant to Civil Rule 5, I hereby certify that on
this 13th day of April, 2020, a true and correct
copy of the foregoing was served electronically
on the following person:

    Kendri M. M. Cesar
    Sonosky, Chambers, Sasche, Miller & Monkman, LLP
    302 Gold Street, Suite 201
    Juneau, Alaska 99801

    Stephen Koteff
    ACLU of Alaska Foundation
    1057 West Fireweed Lane, Suite 207
    Anchorage, Alaska 99503

    Joshua Decker
    ACLU of Alaska Foundation
    1057 West Fireweed Lane, Suite 207
    Anchorage, Alaska 99503

    Stephen L. Pevar
    American Civil Liberties Union Foundation
    765 Asylum Avenue
    Hartford, CT 06105

    Mark Carter
    American Civil Liberties Union Foundation
    125 Broad Street
    New York, NY 10004

    Laura L. Farley
    Farley & Graves, P.C.
    807 G Street, Suite 250
    Anchorage, AK 99501

   *s/Joseph W. Evans*

NOTICE OF APPEARANCE
HARDY v. PAPASODORA, et al.
Case No. 2:20-cv-00001 (HRH)
Page 2 of 2
Case 2:20-cv-00001-HRH   Document 17   Filed 04/13/20   Page 2 of 2