IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

CLARICE LEOTA HARDY,

                Plaintiff,

vs.

CITY OF NOME, et al.,

                Defendants.

No. 2:20-cv-0001-HRH

O R D E R

Motion to Withdraw[1]

Joshua A. Decker's motion to withdraw as plaintiff Clarice Leota Hardy's co-counsel is granted.

DATED at Anchorage, Alaska, this 14th day of July, 2021.

/s/ H. Russel Holland
United States District Judge

---

[1] Docket No. 70.

ORDER – Motion to Withdraw      - 1 -