Clinton M. Campion, Alaska Bar No. 0812105
SEDOR WENDLANDT EVANS FILIPPI LLC
500 L Street, Suite 500
Anchorage, Alaska 99501
Phone: (907) 677-3600
Fax: (907) 677-3605
Email: campion@alaskalaw.pro

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CLARICE LEOTA HARDY,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF NOME, and JOHN PAPASODORA and NICHOLAS HARVEY in their individual capacities.<br><br>    Defendants. | Case No. 2:20-cv-00001-HRH |

## OPPOSITION TO MOTION TO HOLD IN CONTEMPT OF COURT AND FOR SANCTIONS

Defendant City of Nome, a municipal corporation, ("City of Nome") by and through counsel, Sedor, Wendlandt, Evans & Filippi, LLC, hereby opposes Plaintiff Clarice Leota Hardy's Motion to Hold In Contempt of Court and for Sanctions, dated September 9, 2021.

### ORDER ON MOTION TO COMPEL & RESPONSE OF CITY OF NOME

On July 19, 2021, the Court granted and denied in part Plaintiff's Motion to Compel. The Court's order compelled the City of Nome to:

**A.** **Pursuant to Plaintiff's Interrogatory No. 5 and RFP No. 12, produce any and all documents related to any audit or review of the Nome Police Department (NPD), regardless of whether the audit or review was completed and regardless of whether the audit was "commissioned" by the City of Nome. If the City of Nome had already produced all such documents, it shall confirm there are no other responsive documents to be produced.**

**RESPONSE**: On August 18, 2021, the City of Nome produced CON 004984-004901, which were case audits from NPD. On September 20, 2021, the City of Nome produced CON 008268-008273, a July 26, 2021 assessment of the NPD for accreditation; CON 008274, a case audit for Defendant Harvey; CON 008275-008285, a list of sexual assault and sexual abuse of a minor cases; CON 008277-008279, a document entitled "2005-2021 SA List for MDT;" CON 008280-008285, a document entitled "Inv. C. Murray Case Update List;" CON 008356-008359, a document entitled "SA Cases 2010-2016;" CON 012342-012343, a document entitled "List of SA Case Dispositions from Nome DAO;" CON 012344-012349, a document entitled "List of Cases given to W. Harrison;" CON 012350-012351, a document entitled "List of NPD Cases;" CON 012352-12357, two documents entitled "Inv. Murray/Inv. Weaver Case Status Report;" and CON 012358-012387, a document entitled "2005-2020 SA List for MDT." The City of Nome does not believe all of these documents constitute audits or reviews but has produced these documents in order to be consistent with the Court's order on Plaintiff's motion to compel. Prior to his deposition of in Richmond, Virginia on September 1, 2021, Robert Estes produced a copy of his "Public Safety One-Year Assessment" which was marked by Plaintiff's counsel as Exhibit 37. The City of Nome was previously

OPPOSITION TO MOTION TO HOLD IN CONTEMPT OF COURT AND FOR SANCTIONS

*Clarice Leota Hardy vs. City of Nome, Et Al.*       Page 2 of 7
Case No. 2:20-cv-00001-HRH

Case 2:20-cv-00001-HRH    Document 75    Filed 09/20/21    Page 2 of 9

unable to locate this document. Plaintiff is in possession of this document and was able to inquire with Mr. Estes about it during his deposition.

**B.    Pursuant to Interrogatory No. 8, RFP No. 16, 23, 24, 25, and 26, which seek information and documents related to any discipline and/or the departure of Defendants Papsadora and Harvey from NPD, reexamine its responses to these discovery requests and produce any and all information and/or documents that would be responsive to these requests.**

**RESPONSE**: On August 4, 2021, the City of Nome produced CON 004328-004542, which includes responsive documents. The City of Nome does not believe it is in possession of any additional documents responsive to these discovery requests.

**C.    Pursuant to RFP No. 20, which seeks production of all documents pertaining to Robert Estes' resignation from NPD, produce responsive documents.**

**RESPONSE**: On July 29, 2021, the City of Nome produced CON 004318 & 004320-004327, which are the responsive documents pertaining to Robert Estes' resignation from NPD. On September 13, 2021, the City of Nome produced a corrected copy of CON 004321, which is the press release regarding the departure of Mr. Estes from NPD. The corrected version of this document revealed the entirety of the comments of then-Acting City Manager John Handeland regarding Mr. Estes' tenure as NPD Chief. The City of Nome is not aware of any other documents in its possession which are responsive to RFP No. 20.

**D.    Pursuant to RFP No. 10, which sought production of all emails or text messages between Defendant Papsadora and Defendant Harvey sent or received during Nicholas Harvey's employment with NPD, which the Court deemed to be overly broad; confer and agree upon reasonable search terms to**

OPPOSITION TO MOTION TO HOLD IN CONTEMPT OF COURT AND FOR SANCTIONS

*Clarice Leota Hardy vs. City of Nome, Et Al.*                                                    Page 3 of 7
Case No. 2:20-cv-00001-HRH

Case 2:20-cv-00001-HRH   Document 75   Filed 09/20/21   Page 3 of 9

**limit the scope of this requests to emails and texts that are likely to be relevant to plaintiff's claims against the City of Nome.**

RESPONSE: On August 4, 2021, Plaintiff, through counsel, delivered to the City of Nome a list of search terms as required by the Court's order. The City of Nome eliminated nine of the search terms due to concerns those search terms would result in an unreasonably broad number of responsive emails, which are provided in an attachment to this opposition. As it was, the remaining search terms resulted in emails that are irrelevant to Plaintiff's claims.

The City of Nome produced CON 004902-008171 on August 31, 2021, which are additional emails beyond those previously produced in response to RFP No. 10. The City of Nome also sent Plaintiff's counsel a set of instructions to search the emails. The City of Nome conducted searches of the email accounts of Defendants Papasodora and Harvey based on the list of search terms and produced the responsive emails without editing. The City of Nome acknowledges most of the responsive emails are not relevant to this lawsuit.

**E.** **Pursuant to Interrogatories No. 14 & 15 and RFP No. 23 & 26, which sought production of any investigations, disciplinary or corrective measures taken by Defendant Papsadora against Defendant Harvey for his failure to investigate sexual assault complaints, including Plaintiff's, reexamine its responses to these discovery request and either produce any additional information and/or documents should such be located or confirm that there are no other additional information and/or documents which would be responsive to these requests.**

RESPONSE: The City of Nome has reexamined its responses to these discovery requests and does not believe it has any additional information and/or documents which would be responsive to these requests.

OPPOSITION TO MOTION TO HOLD IN CONTEMPT OF COURT AND FOR SANCTIONS

*Clarice Leota Hardy vs. City of Nome, Et Al.*                                          Page 4 of 7
Case No. 2:20-cv-00001-HRH

Case 2:20-cv-00001-HRH   Document 75   Filed 09/20/21   Page 4 of 9

**F.     Pursuant to Interrogatory No. 7 and RFP No. 14, which sought production of every communication between Defendant Papsadora and the City of Nome pertaining to Defendant Harvey's investigations of sexual assaults, which the court deemed to be unrealistic, produce any and all responsive information and/or documents.**

RESPONSE: The City of Nome has reexamined its responses and does not believe it has any additional responsive information or documents in its possession which would be responsive to these requests.

**G.     Pursuant to RFP No. 6, which sought production of all records documenting any training given to or received by any NPD staff regarding the investigation of sexual assaults, including the contents of such training, which the court deemed to be overly broad because it did not include any time parameters, produce all training records for all law enforcement personnel for the time period of 2012 through 2018.**

RESPONSE: on August 9, 2021, The City of Nome produced CON 004543-004784 titled "Sexual Assault Training Records" and CON 004785-004893, titled "Supplemental Training Record," which included recent records regarding this request. The City of Nome does not believe it is in possession of any additional documents responsive to this discovery request.

**H.     The court denied Plaintiff's motion to compel production of all calls for service to NPD between 2012 and 2018 relating to alleged assaults that were not sexual assaults.**

## II.     DISCUSSION

In response to the Court's order on Plaintiff's motion to compel, the City of Nome has produced thousands of pages of responsive documents. In total, the City has produced over 12,000 pages of documents responsive to Plaintiff's

OPPOSITION TO MOTION TO HOLD IN CONTEMPT OF COURT AND FOR SANCTIONS

*Clarice Leota Hardy vs. City of Nome, Et Al.*                                    Page 5 of 7
Case No. 2:20-cv-00001-HRH

Case 2:20-cv-00001-HRH   Document 75   Filed 09/20/21   Page 5 of 9

discovery requests. The City of Nome has not intentionally withheld any documents or information sought by Plaintiff. Plaintiff has not been prejudiced by the delays in production brought upon by voluminous discovery in this matter. Much of the discovery sought by Plaintiff in her requests to the City of Nome has nothing to do with Plaintiff's claims, and shows that Plaintiff's claims of racial animus against her by the City of Nome are not supported by any evidence.

## III.  CONCLUSION

The City of Nome has acted in good faith, and any delays in production of discovery are attributable to the limited staffing at NPD and the challenges of policing during COVID-19. As outlined in this response, the City of Nome has not flouted the Court's order on Plaintiff's motion to compel, but acknowledges its recent shortcomings in production regarding Plaintiff's Interrogatories. Plaintiff's motion to hold the City of Nome in contempt should be denied.

A proposed order accompanies this opposition.

DATED this 20th day of September, 2021 at Anchorage, Alaska.

SEDOR, WENDLANDT, EVANS & FILIPPI, LLC
Attorneys for Defendant City of Nome

By: _____/s/Clinton M. Campion_____.
Clinton M. Campion, State Bar No. 0812105
SEDOR WENDLANDT EVANS FILIPPI LLC
500 L Street, Suite 500Anchorage, Alaska 99501
(907) 677-3600 (Telephone)
(907) 677-3605 (Facsimile)
Email: campion@alaskalaw.pro
COUNSEL FOR DEFENDANT CITY OF NOME

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically via CM/ECF this 20th day of September, 2021 on:

Kendri M. M. Cesar
**kendri@sonosky.net**

Stephen Koteff
**skoteff@acluak.org**

Stephen L. Pevar
**spevar@aclu.org**

Mark Carter
**MCarter@aclu.org**

Laura L. Farley
**lfarley@farleygraves.com**

Joseph W. Evans
**Joe@jwevanslaw.com**

_____/s/Riza Smith_____.
Certification signature

OPPOSITION TO MOTION TO HOLD IN CONTEMPT OF COURT AND FOR SANCTIONS

*Clarice Leota Hardy vs. City of Nome, Et Al.*      Page 7 of 7
Case No. 2:20-cv-00001-HRH

Case 2:20-cv-00001-HRH   Document 75   Filed 09/20/21   Page 7 of 9

# Hardy v. Nome, et al., Case No. 2:20-cv-0001-HRH
## Search terms related to Plaintiff's Request for Production No. 10

Alaska State Troopers
~~alcohol~~
angry
ass
~~assault~~
AST
audit
bimbo
bitch
Breakers
Bun
butch
case
~~charges~~
City Council
Clarice
complaint
cops
cougar
cow
crazy
cunt
death
demotion
Department of Public Safety
~~didn't~~
discipline
~~dog~~
DPS
drama
~~drinking~~
drugged
~~drunk~~
dyke
fabricate
fail
false
falsely
father (would include info on Harvey's father's death)
feminazi
feminist

femme
fox
gal
gender
Glass
hag
Handeland
Hardy
hire
ho
incomplete
investigate
investigation
Johnson
lesbian
liability
liberal
lie
lying
make up
meeting
MILF
mistrust
Moran
nag
Native
old
pending
pig
punishment
pussy
queen
race
rape
research
review
Russell
scapegoat
sex
sexual
~~she (would include "he said/she said")~~
shemale

1

slut
squaw
staff
staffing
stupid
suit
train (includes training)
trust
twat
ugly
whore
~~why~~
women

**Attachment 1**
**Page 2 of 2**