Stephen Koteff, Alaska Bar No. 9407070
ACLU OF ALASKA FOUNDATION
1057 West Fireweed Lane, Suite 207
Anchorage, AK 99503
(907) 263-2007
*skoteff@acluak.org*

Kendri M. M. Cesar, Alaska Bar No. 1306040
SONOSKY, CHAMBERS, SACHSE, MILLER
 & MONKMAN, LLP
302 Gold Street, Suite 201
Juneau, AK 99801
(907) 586-5880
*kendri@sonosky.net*

Stephen L. Pevar
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
765 Asylum Avenue
Hartford, CT 06105
(860) 570-9830
*spevar@aclu.org*

Mark J. Carter
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street
New York, NY 10004
(646) 885-8344
*mcarter@aclu.org*

**ACLU OF ALASKA FOUNDATION**
1057 W. Fireweed Ln. Suite 207
Anchorage, Alaska 99503
TEL: 907.258.0044
FAX: 907.258.0288
EMAIL: *legal@acluak.org*

*Hardy v. City of Nome*
MOTION FOR EXTENSION OF TIME FOR PLAINTIFF'S EXPERT REPORT
Case No. 2:20-cv-00001 (HRH)

ACLU OF ALASKA FOUNDATION
1057 W. Fireweed Ln. Suite 207
Anchorage, Alaska 99503
TEL: 907.258.0044
FAX: 907.258.0288
EMAIL: legal@acluak.org

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **Clarice Leota Hardy**, <br><br> Plaintiff, <br><br> v. <br> **City of Nome, and John Papasodora and Nicholas Harvey in their individual capacities**, <br><br> Defendants. | No. 2:20-cv-00001 (HRH) |

## <u>UNOPPOSED REQUEST FOR EXTENSION OF TIME FOR PLAINTIFF'S EXPERT REPORT</u>

Plaintiff requests an extension of time to submit her expert report (due today, September 22) relating to the City of Nome's policing practices. An extension is necessary because Defendant City of Nome has not produced—or has only just produced—the materials needed by Plaintiff's expert to evaluate the City's practices relating to its investigations of sexual assaults. Plaintiff therefore seeks an additional thirty days, to October 22, 2021, to submit this report.

On July 19, 2021, this Court ordered Defendant City of Nome "to produce any and all documents related to any audit or review of the [Nome Police Department ("the NPD")], regardless of whether the audit

or review was completed and regardless of whether the audit was 'commissioned' by the City." (Docket 72 at 6). This Court also ordered that "if [the City] has already produced all such documents, the City shall confirm that there are no other responsive documents to be produced. *Id.*

On September 9, 2021, Plaintiff filed a Motion to Hold Defendant City of Nome in Contempt of Court and for Sanctions (Docket 74) because the City had still not complied with the Court's Order as it related to, among other things, production of the audits or reviews.

On September 20, 2021, the City produced documents related to audits or reviews of the NPD. Plaintiff is still reviewing this disclosure to assess the adequacy of the City's response. The City has not confirmed whether there are no other documents to be produced.

Plaintiff's expert, Elizabeth Donegan, who served the Austin (Texas) Police Department for twenty-six years and led its Sex Crimes Unit for nine years, is a national expert on sexual assault investigation best practices. Declaration of Mark Carter, ¶ 2. Plaintiff has asked Ms. Donegan to write an expert report evaluating the sexual assault investigative practices of the NPD. *Id.* ¶¶ 3-5. Ms. Donegan, however, cannot adequately evaluate Defendant's practices without having the

ACLU OF ALASKA FOUNDATION
1057 W. Fireweed Ln. Suite 207
Anchorage, Alaska 99503
TEL: 907.258.0044
FAX: 907.258.0288
EMAIL: *legal@acluak.org*

*Hardy v. City of Nome*
MOTION FOR EXTENSION OF TIME FOR PLAINTIFF'S EXPERT REPORT
Case No. 2:20-cv-00001 (HRH)

ACLU OF ALASKA FOUNDATION
1057 W. Fireweed Ln. Suite 207
Anchorage, Alaska 99503
TEL: 907.258.0044
FAX: 907.258.0288
EMAIL: *legal@acluak.org*

opportunity to review and evaluate the audits or reviews subject to the Court's July 19 Order. *Id.* ¶¶ 6-7.

As Plaintiff has just received numerous documents related to audits or reviews of NPD, two days before Plaintiff's expert report deadline, Plaintiff requests the Court grant an extension of time for Plaintiff's expert report. Plaintiff requests that the Court allow an additional thirty days, to October 22, 2021, for the report's filing, with the understanding that if, after additional review and evaluation of the City's disclosure, Plaintiff concludes that the City has still not fully complied with the Court's July 19 Order, another request for more time may be necessary.

The undersigned has conferred with counsel for each Defendant, and all Defendants have indicated that they do not oppose the requested extension.

Dated September 22, 2021.

 */s/ Stephen Koteff*
Stephen Koteff, Alaska Bar No. 9407070
ACLU OF ALASKA FOUNDATION
1057 West Fireweed Lane, Suite 207
Anchorage, AK 99503
(907) 263-2007
skoteff@acluak.org

*Hardy v. City of Nome*
MOTION FOR EXTENSION OF TIME FOR PLAINTIFF'S EXPERT REPORT
Case No. 2:20-cv-00001 (HRH)

Kendri M. M. Cesar, Bar # 1306040
SONOSKY, CHAMBERS, SACHSE, MILLER & MONKMAN, LLP

Stephen L. Pevar
AMERICAN CIVIL LIBERTIES UNION FOUNDATION

Mark J. Carter
AMERICAN CIVIL LIBERTIES UNION FOUNDATION

ACLU OF ALASKA FOUNDATION
1057 W. Fireweed Ln. Suite 207
Anchorage, Alaska 99503
TEL: 907.258.0044
FAX: 907.258.0288
EMAIL: *legal@acluak.org*