IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| CLARICE LEOTA HARDY | v. | CITY OF NOME, et al. |
| JUDGE H. RUSSEL HOLLAND | | CASE NO.   2:20-cv-0001-HRH |

PROCEEDINGS:   ORDER FROM CHAMBERS

Upon consideration of plaintiff's *Request for Extension of Time for Plaintiff's Expert Report*,[1] and there being no opposition thereto, it is hereby ordered that the request is granted.

The deadline for plaintiff's expert's policing report is extended thirty days, to **October 22, 2021**.

---

[1] Docket No. 76.

Order from Chambers – Extension of Time                                                                                          - 1 -