Stephen Koteff, Alaska Bar No. 9407070
ACLU OF ALASKA FOUNDATION
1057 West Fireweed Lane, Suite 207
Anchorage, AK 99503
(907) 263-2007
*skoteff@acluak.org*

Kendri M. M. Cesar, Alaska Bar No. 1306040
SONOSKY, CHAMBERS, SACHSE, MILLER
   & MONKMAN, LLP
302 Gold Street, Suite 201
Juneau, AK 99801
(907) 586-5880
*kendri@sonosky.net*

Stephen L. Pevar
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
765 Asylum Avenue
Hartford, CT 06105
(860) 570-9830
*spevar@aclu.org*

Mark J. Carter
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street
New York, NY 10004
(646) 885-8344
*mcarter@aclu.org*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **Clarice Leota Hardy**, <br><br> Plaintiff, | No. 2:20-cv-00001- HRH |

*Hardy v. City of Nome*
JOINT MOTION FOR ADR AND FOR STAY
Case No. 2:20-cv-00001- HRH             Page 1 of 4

v.

**City of Nome, and John Papasodora and Nicholas Harvey in their individual capacities**,

Defendants.

## JOINT MOTION FOR ADR AND FOR STAY

In accordance with L.Civ.R. 16.2(c), the parties hereby request that the Court order a settlement conference before a United States district or magistrate judge. The parties also request that the Court issue a stay of proceedings pending the outcome of settlement efforts. A stay would apply to all remaining deadlines in the Court's Scheduling and Planning Orders (Dockets 39, 61, and 69), as well as Defendants' deposition of Robert Estes, currently scheduled for October 19, and Plaintiff's depositions of the individual defendants, scheduled for October 27 and 28. The parties request that the stay remain in place subject to a request by a party or parties that the stay be dissolved.

At the time of this request, Plaintiff plans to seek leave to file a supplement to her instant sanctions motion currently pending before the Court. (Docket 74). Plaintiff believes her motion and the forthcoming

*Hardy v. City of Nome*
JOINT MOTION FOR ADR AND FOR STAY
Case No. 2:20-cv-00001- HRH                                    Page 2 of 4

Case 2:20-cv-00001-HRH   Document 81   Filed 10/18/21   Page 2 of 4

supplement support the conduct of further discovery based on recently-produced information from the City of Nome. A stay would allow the Court to defer ruling on the sanctions motion and Plaintiff's requests for additional discovery.

Dated: October 15, 2021

      /s/ *Stephen Koteff*
Stephen Koteff, Alaska Bar No. 9407070
ACLU OF ALASKA FOUNDATION
1057 West Fireweed Lane, Suite 207
Anchorage, AK 99503
(907) 263-2007
skoteff@acluak.org

*For Plaintiff Clarice Leota Hardy*

      /s/ *Clinton M. Campion*
Clinton M. Campion, Alaska Bar No. 0812105
SEDOR WENDLANDT EVANS FILIPPI LLC
500 L Street, Suite 500
Anchorage, Alaska 99501
(907) 677-3600
campion@alaskalaw.pro

*For Defendant the City of Nome*

*Hardy v. City of Nome*
JOINT MOTION FOR ADR AND FOR STAY
Case No. 2:20-cv-00001- HRH    Page 3 of 4

Case 2:20-cv-00001-HRH Document 81 Filed 10/18/21 Page 3 of 4

       /s/ *Joseph W. Evans*
Joseph W. Evans, Alaska Bar No. 7610089
LAW OFFICES OF JOSEPH W. EVANS
P.O. Box 519
Bremerton, WA 98337-0124
(360) 782-2418
joe@jwevanslaw.com

*For Defendant John Papasodora*


       /s/ *Laura L. Farley*
Laura L. Farley, Alaska Bar No. 9211078
FARLEY & GRAVES, P. C.
807 G Street, Suite 250
Anchorage, AK 99501
(907) 274-5100
lfarley@farleygraves.com

*For Defendant Nicholas Harvey*

*Hardy v. City of Nome*
JOINT MOTION FOR ADR AND FOR STAY
Case No. 2:20-cv-00001- HRH        Page 4 of 4

Case 2:20-cv-00001-HRH   Document 81   Filed 10/18/21   Page 4 of 4