IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CLARICE LEOTA HARDY,<br><br>                  Plaintiff,<br><br>  v.<br><br>CITY OF NOME, JOHN PAPASODORA, and NICHOLAS HARVEY,<br><br>                  Defendants. | Case No. 2:20-cv-00001-HRH<br><br>**ORDER REGARDING SETTLEMENT CONFERENCE** |

In preparation for the scheduling of a settlement conference before the Honorable Ralph R. Beistline, each party shall submit to Judge Beistline's chambers a Confidential Settlement Brief on or before **November 15, 2021**. This Confidential Settlement Brief shall not be filed with the Court or served on opposing parties, but should be sent to the Court via e-mail to Lynne_Roehling@akd.uscourts.gov. The Confidential Settlement Brief shall not exceed 20 pages, including attachments. A party's Confidential Settlement Brief may not be disclosed to anyone without the party's consent and is not admissible in evidence. The Confidential Settlement Briefs will be destroyed after any held settlement conference.

In an effort to determine the realistic settlement possibility, the parties *must* make a full disclosure of their best evaluation of the potential outcome of the case and what

they are willing to take to settle. All of the strengths and weaknesses of one's case must be discussed candidly in the party's Confidential Settlement Brief and be given appropriate effect in one's settlement position as to the worth of the case.

If Plaintiff seeks monetary damages, a specific present reasonable dollar amount must be set forth. If Plaintiff is unable to set forth such figure, the purpose of which is to aid the undersigned in evaluating the case, a convincing statement must be included, stating the reasons that no such figure can be included.

Defendants must set forth their present reasonable dollar figure offer. Likewise, if Defendants are unable to set forth such figure, a convincing statement must be included, stating the reasons no such figure can be included.

**In a concurrent, separate joint filing, the parties shall set out three alternate December 2021 and/or January 2022 mid-week dates when a Settlement Conference can be held in Anchorage.**

Any conference resulting from this Order shall be conducted in person, with everyone in attendance wearing face masks, and appropriate social distancing shall be observed. All counsel shall appear with full authority to settle all issues of this litigation and, if such is impossible to obtain, counsel shall have their clients, with full settlement authority, available in person or by telephone at the time of the settlement conference.

**IT IS SO ORDERED** this 21st day of October, 2021, at Anchorage, Alaska.

          */s/ Ralph R. Beistline*
          RALPH R. BEISTLINE
          Senior United States District Judge

*Hardy v. City of Nome, et al.*           Case No. 2:20-cv-00001-HRH
Order Regarding Settlement Conference           Page 2
Case 2:20-cv-00001-HRH    Document 83    Filed 10/21/21    Page 2 of 2