Stephen Koteff, Alaska Bar No. 9407070
Joshua A. Decker, Alaska Bar No. 1201001
Aadika J. Singh
ACLU OF ALASKA FOUNDATION
1057 West Fireweed Lane, Suite 207
Anchorage, AK 99503
(907) 263-2007
*skoteff@acluak.org*

Kendri M. M. Cesar, Alaska Bar No. 1306040
SONOSKY, CHAMBERS, SACHSE, MILLER
  & MONKMAN, LLP
302 Gold Street, Suite 201
Juneau, AK 99801
(907) 586-5880
*kendri@sonosky.net*

Stephen L. Pevar
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
765 Asylum Avenue
Hartford, CT 06105
(860) 570-9830
*spevar@aclu.org*

Mark J. Carter
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street
New York, NY 10004
(646) 885-8344
*mcarter@aclu.org*
*Hardy v. City of Nome*
JOINT MOTION FOR SCHEDULING ORDER
Case No. 2:20-cv-00001 (HRH)

ACLU OF ALASKA FOUNDATION
1057 W. Fireweed Ln. Suite 207
Anchorage, Alaska 99503
TEL: 907.258.0044
FAX: 907.258.0288
EMAIL: *legal@acluak.org*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **Clarice Leota Hardy**, <br><br> Plaintiff, <br><br> v. <br> **City of Nome, and John Papasodora and Nicholas Harvey in their individual capacities**, <br><br> Defendants. | No. 2:20-cv-00001 (HRH) |

## JOINT MOTION FOR SCHEDULING ORDER

The parties have agreed to a proposed renewed schedule for pretrial deadlines. The parties therefore request that the Court lift the stay issued on October 20, 2021 (Docket 82) and set the following deadlines:

| | |
|---|---|
| Plaintiff's expert reports | January 24, 2022 |
| Defendants' expert witnesses identified | February 24, 2022 |
| Defendants' expert reports | March 24, 2022 |
| Expert discovery closes | April 25, 2022 |
| Dispositive motions due | May 25, 2022 |

*Hardy v. City of Nome*
JOINT MOTION FOR SCHEDULING ORDER
Case No. 2:20-cv-00001 (HRH)

The parties are also conferring about the remaining depositions to be conducted. Plaintiffs seek to depose defendants John Papasodora and Nicholas Harvey and Thomas Moran, Mike Heintzelman, Paul Kosto, and Jerry Kennon. Defendants seek to continue the deposition of Robert Estes. The parties have identified dates for some of these depositions and are working cooperatively to schedule the others. The parties do not believe it is necessary for the Court to address the depositions in its scheduling order but will immediately inform the Court if its assistance is requested.

Dated December 24, 2021.

ACLU OF ALASKA FOUNDATION
1057 W. Fireweed Ln. Suite 207
Anchorage, Alaska 99503
TEL: 907.258.0044
FAX: 907.258.0288
EMAIL: legal@acluak.org

/s/ *Stephen Koteff*
Stephen Koteff, Alaska Bar No. 9407070
ACLU OF ALASKA FOUNDATION
1057 West Fireweed Lane, Suite 207
Anchorage, AK 99503
(907) 263-2007
skoteff@acluak.org

*For Plaintiff Clarice Leota Hardy*

/s/ *Clinton M. Campion*
Clinton M. Campion, Alaska Bar No. 0812105
SEDOR WENDLANDT EVANS FILIPPI LLC

500 L Street, Suite 500
Anchorage, Alaska 99501
(907) 677-3600
campion@alaskalaw.pro

*For Defendant the City of Nome*


     /s/ *Joseph W. Evans*
Joseph W. Evans, Alaska Bar No. 7610089
LAW OFFICES OF JOSEPH W. EVANS
P.O. Box 519
Bremerton, WA 98337-0124
(360) 782-2418
joe@jwevanslaw.com

*For Defendant John Papasodora*


     /s/ *Laura L. Farley*
Laura L. Farley, Alaska Bar No. 9211078
FARLEY & GRAVES, P. C.
807 G Street, Suite 250
Anchorage, AK 99501
(907) 274-5100
lfarley@farleygraves.com

*For Defendant Nicholas Harvey*

ACLU OF ALASKA FOUNDATION
1057 W. Fireweed Ln. Suite 207
Anchorage, Alaska 99503
TEL: 907.258.0044
FAX: 907.258.0288
EMAIL: *legal@acluak.org*