

# City of Nome
## POLICE DEPARTMENT
# MEMORANDUM

**To:** Sergeant Nick Harvey
City of Nome
Police Department

**From:** Investigator Mike Heintzelman
Acting Deputy Chief
City of Nome
Police Department

**Date:** 2 March 2019

**Telephone:** 443-8520

**Subject:** Policy Violations

This memorandum is to inform you that effective March 2, 2019, you are being placed on administrative leave with pay while an internal audit and review of a number of past cases in which you were involved is completed. This action is non-disciplinary, and your leave is expected to last two (2) weeks. The City will contact you not later than March 15, 2019 to discuss the status of the audit and your leave status.



CON 012455

 

# City of Nome
## POLICE DEPARTMENT
## MEMORANDUM

**To:** Sergeant Nick Harvey
City of Nome
Police Department

**From:** Investigator Mike Heintzelman
City of Nome
Police Department

**Date:** 6 March 2019

**Telephone:** 443-8520

**Subject:** Policy Violations

On 28 February 2019, I met with you for the following policy violations:

1. Policy 101.010
   B. Professional standards of behavior
   C. Reputation and effectiveness of the Department
2. Policy 101.050 Failure to follow orders
   B. Failure to comply with directions or instructions
3. Policy 101.060 Failure to perform duties properly
   A. Violation of rules
   B. Departmental reports
4. Policy 101.070 Improper conduct
   B. Personal conduct
   C. Conformance to laws
5. Policy 701.010 General Requirements
   A. Officers required to make timely submission of reports
   C. Case reports to be completed

Currently there are over seventeen cases assigned to you missing part or all of the required case report and follow-up. Nine of the reported cases occurred while Chief Estes has been in office. You will be placed on paid administrative leave pending the outcome of this internal investigation. You are to report in the Office 08:30-16:30 Monday through Friday. You gun and badge will be surrendered until this investigation is resolved.

CON 012456