| From: | Bob Estes |
|---|---|
| To: | Oberlander, Kirk (AN) (FBI); Bieshelt, Joseph M. (AN) (FBI); Reardon, Kyle (USAAK) |
| Cc: | Mike Heintzelman; Paul Kosto |
| Subject: | Nome Police one year assessment |
| Date: | Tuesday, September 24, 2019 3:22:00 PM |
| Attachments: | Sept 2019 assessment.pdf |
| | NPD.pptx |
| Importance: | High |

Kirk, Joe and Kyle,

After weeks of trying to give an update; I finally said my peace in the city council meeting last night. There was a lot more to be said, but the bottom line up front (BLUF) for NPD is the current direction is not sustainable.

There is no more time for talking and it is time for action. I am providing you a copy of what I gave the City Manager. This is a revised copy from last night, but the City Manager has this version as well.

I asked the Council, "what risk are they willing to accept". I also advised them I am not willing to accept the risk. There is a possibility of a new City Manager being appointed. However, we inherited stage 4 cancer that took years to develop and will take years to correct without additional support. We were able to uncover what we believe is the problem for the community and it is time for city to act. We were an outside group that came in with our minds open that included an additional Chief from Colorado basically making similar staffing conclusions one year ago.

Despite the positive steps we have accomplished; I am personally discussing courses of action that include pushing my retirement closer. We will
Keep you informed on any new developments, which will require your input.


v/r
Bob




Chief Robert E. Estes
Nome Police Department
Nome Alaska
(907) 443-5262



CON 012392




# City of Nome
# POLICE DEPARTMENT
# MEMORANDUM

**Chief Robert E. Estes**

**To:** John Handeland
City Manager
City of Nome

**From:** Chief Robert Estes
City of Nome
Police Department

**Date:** 07 Oct 2019

**Telephone:** 443-5262

**Subject:** Letter of Resignation

John,

I am writing this letter as my formal notification that I am regretfully resigning as Police Chief, Nome Alaska as of 8 Jan 2019. However, my actual departure date will be negotiated.

After careful consideration, it is in the best interest of the city to find another Chief that can better align goals with the decisions of the City of Nome. The past year has been a great opportunity to assess and assist the city's ability to heal from years of neglect. The department has made improvements; however, we have found the willingness to accept change continues to be very slow.

My narrative of hiring 10 patrol officers has not changed; simply for officer safety alone. I brought with me several experienced officers including one local former Alaska Trooper to assess the needs of the police department. We have accomplished this, receiving accolades from locals, FBI and DOJ.

Our goals are to conduct an honest assessment, conduct complete investigations and move the city and police department in a better direction. However, the police department's loss of personnel in the past year alone continues to exacerbate case management already behind. Having a team of investigators is needed to correct years of neglect.

My recommendation is to bring supporting law enforcement and staff from AMLJIA able to make administrative and investigative decisions in the best interest of the city.

Dawn and I have made lifelong friendships here which we will cherish, and want the best for the citizens. We will assist the incoming Chief to ensure they are successful.

Revised 28 Oct 2019

**CON 012437**