### Page 150

1  one reason to obtain one would be consistent with her
2  statement that there's a Snapchat video?
3        MS. FARLEY: Objection. Lack of foundation.
4     Q.   I'm now handing you Exhibit 32. This is a
5  one-page exhibit. As the information on the bottom
6  tells us, this is page 3 of the minutes of the Nome
7  City Council meeting held on September 23, 2019. You
8  had been the chief for about a year at this point; and
9  apparently, you attended this meeting. And the
10 minutes reflect at the top that a councilman asked
11 about the backlog of sexual assault cases.
12       Do you see that is the -- under "A," the
13 second bullet point?
14       (Exhibit No. 32 was marked for
15 identification.)
16       MS. FARLEY: Can you tell me the exhibit
17 again. I'm sorry.
18       MR. PEVAR: Yes ma'am, 32.
19       MS. FARLEY: Thank you.
20 BY MR. PEVAR:
21    Q.   You responded by saying that the PD was
22 preparing an assessment for the council and you
23 informed them that you had "uncovered issues."
24       You also reported -- and I'm quoting from the
25 minutes now -- that "Nome was the first department

### Page 151

1  that received all the sexual assault kits back through
2  the SAKI program."
3        First of all, what's the SAKI program?
4     A.   Sexual Assault Kits Initiative.
5     Q.   Now, I'm handing you Exhibit 29, which I'm
6  assuming was the document you gave to the council that
7  day. And the reason I'm unsure of that is because we
8  asked the City to identify --
9        (Exhibit No. 29 was marked for
10 identification.)
11       MR. EVANS: Can you tell me what exhibit this
12 is?
13       MR. PEVAR: 29.
14    Q.   You know what? I'm sorry. I meant to give
15 you a different -- that's the next exhibit. Let me
16 just take back 29 and instead hand you 37.
17       (Exhibit No. 37 was marked for
18 identification.)
19       MR. EVANS: The one that says "One-year
20 assessment"?
21       MR. PEVAR: Yes.
22 BY MR. PEVAR:
23    Q.   Now, the first e-mail that I sent you -- and
24 I believe I've sent maybe three or four -- oh, right.
25 I asked whether you had any documents, and you said

### Page 152

1  you would look. And last night, you sent me a
2  document. And you've only sent me one document, and
3  this is the one document you sent me.
4     A.   Right.
5     Q.   And you said that you had recently found
6  this. Now, we had asked the City to produce this
7  document because the City spoke of its existence but
8  did not produce it. And this is the one-year
9  assessment that we've been trying to locate. So this
10 shows a date of September 23, 2019, the same date as
11 the minutes of the meeting that we just looked at,
12 Exhibit 32.
13    A.   Yeah, Exhibit 32 is something that the police
14 chief provides the city annually. This was my deep
15 dive assessment for that meeting.
16    Q.   Okay. Now, for subject, it says "Public
17 safety, one-year assessment," and this is the document
18 you sent me last night, correct?
19    A.   Yes, sir.
20    Q.   And I see that it's addressed to John
21 Handeland. Is it likely you sent copies to other
22 people?
23    A.   You're going to be surprised if I didn't send
24 it to other people. Now, who? I would have to look
25 in my e-mail chain to ensure or -- Mike and Kosto, I

### Page 153

1  get those guys to actually proofread for me as well,
2  so they probably should have seen it as well.
3     Q.   Do you think that you sent it to other
4  employees of the city?
5     A.   It's very possible, but I don't remember who.
6     Q.   Were you asked to write this one-year
7  assessment?
8     A.   This is something that I actually -- as I
9  recall, I did it all by myself. And, again, coming in
10 and making that assessment and thinking that you're in
11 a sinking ship and to be passionate about it, I did as
12 thorough as I could with this to, again, explain to
13 the city council that based on historical data, that's
14 even in here, that I mentioned -- if I can read this,
15 "...revealed a failure in the past with the lack of
16 involvement of the city government to include
17 historical data, showing former Police Chiefs having
18 requested additional support."
19       And I believe there was an article showing,
20 actually, Papasodora asking for additional help. So
21 my thinking is, okay, you've got the history of
22 needing help. There's still no change. Why aren't
23 you helping? Do you want a police department by name
24 or do you want a professional to serve the public?
25 And that's why -- that's the night I think I got upset

**Page 154**

1  and had to leave the council meeting for a few minutes
2  and come back in. That's how passionate I am on it.
3  Q. And one reason why I spent quite a bit of
4  time at the outset reviewing the commitments that the
5  City made to the community, to you, and to the
6  hardworking people on the department, is to see
7  whether it lived up to its promises. It passed that
8  wonderful-sounding resolution, that it would fully
9  support the police department.
10  Alright. So --
11  THE WITNESS: If I could just -- one thing.
12  MR. PEVAR: Sure.
13  THE WITNESS: If I can say anything to
14  everybody that's online and here; if there's one
15  document to read, please read that. And I would
16  actually add one item to it. And I wrote it on my --
17  and I'll read that to you.
18  I found out through Traci McGarry that the
19  CAC actually had a grant for two investigator
20  positions that wasn't taken advantage of and that
21  grant went out the door. So that would be something
22  to approach her on. And she advised me that without
23  acting on that grant in an expeditious manner, it went
24  away.
25  BY MR. PEVAR:

**Page 155**

1  Q. So you're saying that -- now, the CAC --
2  A. Child Advocate Center.
3  Q. Yeah. Is that a government center or
4  private?
5  A. City.
6  Q. Okay. But in any event, they had money
7  available?
8  A. Chief person told me they had a grant
9  available.
10  Q. And you told that to city officials and they
11  didn't --
12  A. That, I don't recall. I had to add this to
13  my report today. That's what I wanted to add to it.
14  Q. If she told you, did she tell you that "I
15  told city officials"?
16  A. That -- I think the way she presented to me
17  is the chief knew about it and didn't take advantage
18  of it, and I'm just paraphrasing -- the previous
19  chief.
20  Q. What were you hoping would be the result of
21  this one-year assessment?
22  A. Action. Again, I understand, and which
23  everybody online here understands, you can't grow
24  money on trees. So the budgetary process has got to
25  be done properly, so sitting down with John, sitting

**Page 156**

1  down with Dana Handeland, a couple others, I just did
2  not give up on the numbers that I wanted. I said, "If
3  you don't give me this, it's not going to happen," and
4  that's what I put in there.
5  You know, because, again, one man, one woman
6  on a shift by themselves and possibly an overlap
7  occasionally -- at one point, one of the city council
8  members thought we should get more community service
9  officers versus police officers. Both of those have
10  missions for the community. And additional CSOs
11  within the Alaska arena would have been great to have
12  for the intoxicated person while allowing the police
13  officer to do his or her duty to investigate while --
14  if you have enough supervision to oversight on that.
15  And that was the problem -- a problem.
16  Q. Now, this document is quite clear. It does
17  speak for itself. But the very first line you placed
18  in bold lettering "not sustainable." In your words,
19  what was not sustainable?
20  A. Well, if you look back here -- for
21  instance -- let me just find it real quick, right
22  here. The fifth page, I guess, where it says "Our
23  one-year assessment has resulted in the following
24  findings; All of which are going to result in delay of
25  further follow-up due to lack of personnel. Audit

**Page 157**

1  identifying 460 sexual assault and over 2000 domestic
2  violence cases. Seventy-five sexual assault cases
3  have been sent to the district attorney's office."
4  And thank God for them. I mean, they were
5  very willing to help us and said send what you can
6  over so they could do the assessment themselves.
7  They returned 21 cases for additional
8  investigation. They had to be currently on hold
9  because there was no personnel to help investigate
10  those. And it's a travesty, in my opinion, to the
11  people of Nome to, again, wait more time for these
12  cases. You know, those 21 cases returned for
13  additional investigation, they were improperly
14  investigated the first time.
15  And get this, while I was there, 35 new
16  sexual assault reports since January of 2019. So
17  you're not just dealing with 460 cases, you're dealing
18  with everything else that's coming in, to try and keep
19  up. And that's what I was trying to stomp my feet on
20  in the council meeting, is you just cannot allow this
21  to happen. And that's the night I think I told
22  them -- and it might be the meeting minutes where --
23  "Understand this. I want to be in Nome; I don't have
24  to be in Nome. And if something doesn't occur, I'm
25  leaving."

Case 2:20-cv-00001-HRH   Document 92-5   Filed 01/14/22   Page 2 of 2