IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

CLARICE LEOTA HARDY,

      Plaintiff,

vs.

CITY OF NOME, and JOHN PAPASODORA and NICHOLAS HARVEY in their individual capacities,

      Defendants.

No. 2:20-cv-0001-HRH

O R D E R

Case Dismissed

Pursuant to the parties' *Stipulation for Dismissal*,[1] filed March 25, 2022, pending motions, if any, are denied, and this case is dismissed with prejudice, the parties to bear their respective costs and attorney fees.

DATED at Anchorage, Alaska, this 28th day of March, 2022.

/s/ H. Russel Holland
United States District Judge

---

[1] Docket No. 104.